Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BREANNA ZAMORA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRANDSAFWAY SERVICES, LLC f/k/a SAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; "DOE(S) 1-100" employees of BRANDSAFWAY SERVICES, LLC and/or BRAND INDUSTRIAL SERVICES, INC.; and "CORPORATION(S) XYZ 1-100,<br><br>Defendants. | Case No. 2:24-cv-01507 MJP<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>Noted for Hearing:  October 15, 2024 |

THIS MATTER having come before the court on Defendants' Unopposed Motion for Extension of Time for Defendants to Answer Complaint and all other pleadings and court filings, and good cause having been found,

IT IS HEREBY ORDERED and the Motion is GRANTED.  Defendants have until October 30, 2024, to file their answer or otherwise respond to Plaintiff's Complaint.

//

//

//

//

//

//

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT - 1
(CASE NO. 2:24-CV-01507)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

Dated October 17, 2024.

_____
Judge Marsha J. Pechman
United State District Judge
Western Washington

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT - 2
(CASE NO. 2:24-CV-01507)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910