Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BREANNA ZAMORA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRANDSAFWAY SERVICES, LLC f/k/a SAFWAY SERVICES, LLC; BRAND INDUSTRIAL SERVICES, INC.; "DOE(S) 1-100" employees of BRANDSAFWAY SERVICES, LLC and/or BRAND INDUSTRIAL SERVICES, INC.; and "CORPORATION(S) XYZ 1-100,<br><br>Defendants. | Case No. 2:24-cv-01507 MJP<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT<br><br>Noted for Hearing:  October 30, 2024 |

THIS MATTER having come before the court on Defendants' Unopposed Second Motion for Extension of Time for Defendants to Answer Complaint and all other pleadings and court filings, and good cause having been found, IT IS HEREBY ORDERED and the Motion is GRANTED.  Defendants will have until November 6, 2024, to file their answer to Plaintiff's Complaint.

Dated November 1, 2024

_____
Judge Marsha J. Pechman
United State District Judge

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER COMPLAINT - 1
(CASE NO. 2:24-CV-01507)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910